UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

FEB 0 6 2007



CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIV 03-4242 |
| Plaintiff, | * | |
| vs. | * | |
| | * | ORDER |
| Benelli Model M1 Super 90 12 ga. semi-automatic shotgun, SN M176669; | * | |
| Colt Sporter Match HBAR AR-15 .223 caliber semi-automatic rifle, SN MH060431; | * | |
| Fabrique Nationale, Model FN .308 caliber semi-automatic rifle, SN S1596438; | * | |
| Colt Sporter Competition HBAR AR-15, .223 caliber semi-automatic rifle, SN CH004363; | * | |
| Remington Nylon 66, .22 caliber semi-automatic rifle, SN A2294572; | * | |
| Colt Sporter Competition HBAR AR-15, .223 caliber rifle, SN CH014512; | * | |
| Armalite Model AR-10(T) 7.62 caliber rifle, SN US50241; | * | |
| Armalite Model AR-10 A4, 7.62 caliber rifle, SN US50806; | * | |
| Armalite Model AR-10 A4, 7.62 caliber rifle, SN US51839; | * | |
| Steyer-Daimler-Puch Model AUG-SA .223 caliber rifle, SN 901SA901; | * | |

```
                                         *
Ruger Model 1977 MKII .220 Swift         *
caliber rifle, SN 781-47222;             *
                                         *
Remington Model 700 .223 caliber         *
bolt action rifle, SN S6273581;          *
                                         *
Remington Model 700 .223 caliber rifle,  *
SN S6250737;                             *
                                         *
Remington Model 700 .223 caliber         *
bolt action rifle, SN S6279905;          *
                                         *
Marlin Model 1894 .44 Rem. Mag.          *
lever action rifle, SN 19002502;         *
                                         *
Ruger carbine .44 caliber semi-automatic *
rifle, SN 103-00744;                     *
                                         *
Ruger Model M-77  7X57mm caliber         *
bolt action rifle, SN 71-27453;          *
                                         *
Browning 30.06 caliber bolt action rifle,*
SN 4L27175;                              *
                                         *
Ruger Model All Weather 77/22            *
.22 caliber rifle, SN 701-67457;         *
                                         *
Winchester Model 9422M XTR Classic       *
.22 magnum caliber level action rifle,   *
SN F547234;                              *
                                         *
Kimber Model 82 .22 caliber bolt         *
action rifle, SN 50756;                  *
                                         *
Kimber Model 82 "Super America"          *
.22 bolt action rifle, SN SA1094B;       *
                                         *
Kimber Model 82 .22 bolt action rifle,   *
SN 52316;                                *
                                         *
Ruger Model 77/22 .22 caliber            *
bolt action rifle, SN 700-08350;         *
```

2

                                                        *

Winchester Model 9422 XTR .22 caliber   *
lever action rifle, SN F380365;   *
  *
  *
Zbrojovka Brno Model ZKM-611   *
.22 magnum caliber semi-automatic rifle,   *
SN 551506305;   *
  *
Ruger Model 10/22 .22 caliber   *
semi-automatic rifle, SN 241-54249;   *
  *
Ruger Model 10/22 .22 caliber   *
semi-automatic rifle, SN 237-68835;   *
  *
Ruger Model 10/22 .22 caliber   *
semi-automatic rifle, SN 116-19276;   *
  *
Smith & Wesson Model 41, .22 LR   *
semi-automatic pistol, SN A761249;   *
  *
Smith & Wesson Model 34-1   *
.22 caliber revolver, SN M100904;   *
  *
Ruger Model MKII .22 caliber pistol;   *
SN 211-40510;   *
  *
Ruger Model MKII Target   *
.22 caliber pistol, SN 220-03259;   *
  *
Ruger Model MKII Target   *
.22 caliber pistol, SN 211-26263;   *
  *
Ruger Model MKII Target   *
.22 caliber pistol, SN 212-11170;   *
  *
H&K Model P7M8 9mm pistol,   *
SN 86088 M8;   *
  *
Sig Sauer Model P225 9mm pistol,   *
SN M490621;   *
  *
Sig Sauer Model P228 9mm pistol,   *
SN B216532;   *

```
                                        *
Sig Sauer Model P226 9mm pistol,        *
SN U114034;                             *
                                        *
Sig Sauer Model P229 .40 caliber        *
pistol, SN AC16383;                     *
                                        *
Colt Model MKIV Series 70 National      *
Match, .45 caliber pistol, SN 70N98047; *
                                        *
Colt Government Model MKIV Series 80,   *
.38 Super caliber pistol; SN FG24590;   *
                                        *
Colt Government Model Series 70,        *
.45 caliber pistol, SN 70B37593;        *
                                        *
Colt Government Model MKIV Series 80    *
.45 caliber pistol, SN 70B35525;        *
                                        *
Smith & Wesson Model 27-2.              *
.357 caliber revolver, SN N610519;      *
                                        *
Smith & Wesson Model 686,               *
.357 caliber revolver, SN ABW2513;      *
                                        *
Smith & Wesson Model 63,                *
.22 caliber revolver, SN M107278;       *
                                        *
Smith & Wesson Model 66,                *
.357 revolver, SN 4K93531;              *
                                        *
Beretta Model M9 U.S. 9mm pistol,       *
SN C63696Z;                             *
                                        *
Ruger Super Blackhawk,                  *
.44 caliber revolver, SN 85-19409;      *
                                        *
Colt Combat Commander Model             *
.45 caliber pistol, SN 80BS18252;       *
                                        *
Colt Combat Commander Model             *
.45 caliber pistol, SN 70BS93508;       *
                                        *
```

Sig Sauer Model P220 .45 caliber pistol,          *
SN G267920;                                        *
                                                   *
Browning Hi Power 9mm pistol,                      *
SN 245PV04071;                                     *
                                                   *
Glock Model 17 9x19mm pistol,                      *
SN BBD829;                                         *
                                                   *
Smith & Wesson Model 1000 Super 12,               *
12-gauge semi-automatic shotgun,                   *
SN FC72462;                                        *
                                                   *
Browning Model Citori over&under                   *
12-gauge shotgun, SN 17205RP153;                   *
                                                   *
Winchester Model 12 12-gauge                       *
pump action shotgun, SN Y2017331;                  *
                                                   *
Browning Citori model 20-gauge                     *
over&under shotgun, 04314RN163;                    *
                                                   *
Ithaca SKB Model 280 20-gauge                      *
double-barrel shotgun, SN S6287224;                *
                                                   *
Browning Model BPS 20-gauge                        *
pump action shotgun, SN 05904PT162;                *
                                                   *
Remington Model 870 12-gauge                       *
pump action shotgun, SN W431916M;                  *
                                                   *
Browning Model BPS 12-gauge                        *
pump action shotgun, SN 19071PT152;                *
                                                   *
Sig Sauer Model P226 9mm pistol,                  *
SN U503262;                                        *
                                                   *
Sig Sauer Model P228 9mm pistol,                  *
SN B202077;                                        *
                                                   *
Sig Sauer Model P229 .40 Smith &                  *
Wesson caliber pistol, SN AB10753;                 *
                                                   *

5

Colt Python .357 caliber revolver,　　*
SN T03920;　　*
　　*
Thompson Center Arms, Model　　*
7mmT/CU pistol, SN A4178;　　*
　　*
Thompson Center Arms Hornet Model　　*
.22 caliber pistol, SN S3191;　　*
　　*
Approximately 10 pounds of　　*
black powder;　　*
　　*
Approximately 2 pounds of　　*
smokeless powder; and　　*
　　*
Approximately 61,00 rounds of　　*
ammunition and ammunition components,　　*
　　*
 including but not limited to:　　*
Federal, Premium pistol cartridge,　　*
.40 S&W caliber, 155 GR.　　*
Hydra-Shok jacketed  hollow point bullet;　　*
Federal, Classic pistol cartridge,　　*
.40 S&W caliber, 155 GR.　　*
 jacketed hollow point;　　*
Winchester Super X Centerfire　　*
pistol cartridge, 9mm Luger (Parabellum),　　*
115 grain silvertip hollow point;　　*
Remington Golden Saber HPJ High　　*
Performance jacket, 9mm Luger,　　*
124 grain brass jacketed hollow point;　　*
CAL. 7.62mm  147 GR. ball;　　*
PMC NATO 7.62mm ball M80;　　*
Winchester Super X Power Point　　*
.22 Long Rifle High Velocity Rimfire　　*
cartridges; Federal Premium Field Load,　　*
 20 gauge, 1 oz. shot, 7 ½ shot,　　*
2 3/4 inch shotgun shell; Federal Premium　　*
rifle cartridges, 30-06 Springfield,　　*
165 GR. Trophy Bonded Bear Claw　　*
bullet; .308 Winchester, 168 grain　　*
Sierra MJHP,　　*
　　*

Defendants.                    *
                               *

*************************************************************************

Pending before the Court is Defendants' Motion to Schedule Sale. (Doc. 42-1.) The Government's last response to this motion, filed on October 31, 2006, indicates that sealed bids were to be submitted by November 20, 2006, and that the agreed upon procedure for sale of the seized weapons would be followed. Accordingly,

IT IS ORDERED that the Motion to Schedule Sale, doc. 42-1, is denied as moot. Within ten (10) working days of the date of this Order, the parties shall advise the Court of the status of the firearms sale.

Dated this ___6th___ day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
          DEPUTY